# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO. 13-458-CG-N<br>) |
| MR. CHARLIE ADVENTURES, LLC and KIM P. KORNEGAY | )<br>)<br>) |
| Defendant. | |

## FINAL JUDGMENT

In accordance with the Court's Orders granting Plaintiff's motion for partial summary judgment and granting in part and denying in part Defendants' motion for summary judgment (Doc. 76), denying Defendants' motion for reconsideration (Doc. 89), and denying Defendants' motion for additional pre-judgment interest (Doc. 90), it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered as follows:

1. In favor of the Defendants, Mr. Charlie Adventures, LLC and Kim P. Kornegay, and against the Plaintiff, Atlantic Specialty Insurance Company, on Plaintiff's claim for a declaratory judgment;

2. In favor of the Defendants Mr. Charlie Adventures, LLC and Kim P. Kornegay, and against the Plaintiff, Atlantic Specialty Insurance Company, on the Defendants' counterclaim for breach of contract in the amount of **$862,431.22**. (This amount includes $805,000 in

1

compensatory damages, plus pre-judgment interest in the amount of $57,431.22.)

3. In favor of the Plaintiff, Atlantic Specialty Insurance Company, and against the Defendants, Mr. Charlie Adventures, LLC and Kim P. Kornegay, on the Defendants' counterclaim for bad faith.

**DONE and ORDERED** this 19th day of May, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE