IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0458-CG-N ) |
| MR. CHARLIE ADVENTURES, LLC and KIM P. KORNEGAY, | ) ) ) |
| Defendants/Counter-Claimants | ) ) |

**ORDER**

This case having settled after a settlement conference held this date before Magistrate Judge Katherine P. Nelson, it is hereby **ORDERED** that the Counterclaims of Kim P. Kornegay against Atlantic Specialty Insurance Company are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this Order should the settlement agreement not be consummated.

**DONE and ORDERED** this 16th day of February, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE